IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Brown & Brown, Inc., | ) | |
| | ) | C.A. No. 6:09-243-HMH |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| C. Douglas Wilson Company, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

It has been represented to this court that the parties have settled this matter. This court having jurisdiction over the parties and the subject matter in issue,

IT IS, THEREFORE, ORDERED that all claims and counterclaims in this action are dismissed with prejudice; it is further

ORDERED that each party shall bear its own costs; and it is further

ORDERED that this court shall retain jurisdiction of the matter for enforcement of the Settlement Agreement.

IT IS SO ORDERED.

s/Henry M. Herlong, Jr.
June 19, 2009                    Senior United States District Judge
Greenville, South Carolina

By Consent:

| | |
|---|---|
| Gallivan, White & Boyd, P.A. | Ashmore Leaphart Rabon & Hinds, LLC |
| s/ Thomas E. Vanderbloemen | s/ R. O'Neil Rabon, Jr. |
| By: Thomas E. Vanderbloemen | By: R. O'Neil Rabon, Jr. |
| Attorney for Plaintiff | Attorney for Defendant |